UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE SCOTT,                              :
                       Plaintiff,    :
                                        :
            -against-               :        20 Civ. 3308 (LGS)
                                        :
ANDREW SAUL, et al.,                      :        ORDER
                    Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the proposed stipulation of settlement at Dkt. No. 34 contained the incorrect case caption. It is hereby

      **ORDERED** that the parties shall file a corrected stipulation by December 14, 2021, or otherwise advise the Court.

      The Clerk of Court is respectfully directed to strike Dkt. No. 34 from the docket.

Dated: December 8, 2021
      New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**